IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN BIRSCH and DAVID SHAEV, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) Civil Action No. 2:13-cv-01392 |
| v. | ) |
| | ) Electronically Filed |
| ROBERT N. BONTEMPO, NICHOLAS P. CONSTANTAKIS, DAVID L. DENINNO, ROBERT H. FOGLESONG, MARK E. KAPLAN, PAMELA S. PIERCE, DAVID N. WORMLEY, and MICHAEL BAKER CORPORATION, | ) ) ) ) ) ) ) |
| Defendants. | ) |

### MOTION FOR ADMISSION *PRO HAC VICE* OF ERIC LANDAU

Defendants, through their undersigned attorney, Anderson T. Bailey, a member of the bar of the United States District Court for the Western District of Pennsylvania, hereby move that Eric Landau be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for all Defendants pursuant to LCvR 83.2, LCvR 83.3, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Eric Landau as Exhibit A.

The *pro hac vice* filing fee has been paid.

WHEREFORE, Defendants request that this Court enter an Order admitting Mr. Landau *pro hac vice* to appear before the Court in connection with this case. A proposed order for admission is attached.

Dated: September 30, 2013　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 /s/ *Anderson T. Bailey*
　　　　　　　　　　　　　　　　　　Thomas S. Jones (Pa. 71636)
　　　　　　　　　　　　　　　　　　Anderson T. Bailey (Pa. 206485)
　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　500 Grant Street, Suite 4500
　　　　　　　　　　　　　　　　　　Pittsburgh, PA  15219
　　　　　　　　　　　　　　　　　　Ph: (412) 391-3939
　　　　　　　　　　　　　　　　　　Fx: (412) 394-7959
　　　　　　　　　　　　　　　　　　Email: tsjones@jonesday.com
　　　　　　　　　　　　　　　　　　　　　　 atbailey@jonesday.com