UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN BISCH and DAVID SHAEV, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT N. BONTEMPO, NICHOLAS P. CONSTANTAKIS, DAVID L. DENINNO, ROBERT H. FOGLESONG, MARK E. KAPLAN, PAMELA S. PIERCE, DAVID N. WORMLEY, and MICHAEL BAKER CORPORATION,<br><br>Defendants. | Case No. 2:13-cv-01392 |

## MOTION FOR ADMISSION
## *PRO HAC VICE* OF ATTORNEY SAMUEL J. ADAMS, ESQUIRE

Alfred G. Yates, Jr., Esquire, undersigned counsel for Plaintiffs Steven Bisch and David Shaev, hereby moves that Samuel J. Adams, Esquire be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs Steven Bisch and David Shaev in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Declaration for Admission *Pro Hac Vice* of Samuel J. Adams, Esquire filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: October 1, 2013                     Respectfully submitted,

**LAW OFFICE OF ALFRED G. YATES JR., PC**

By:   s/ Alfred G. Yates, Jr.
        Alfred G. Yates, Jr. (PA 17419)
        Gerald L. Rutledge (PA 62027)

- 1 -

- 2 -

        519 Allegheny Building
        429 Forbes Avenue
        Pittsburgh, Pennsylvania 15219
        Telephone: (412) 391-5164
        Facsimile: (412) 391-5164
        e-mail: yateslaw@aol.com

***Counsel for Plaintiffs Steven Bisch and David Shaev***