IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN BISCH; DAVID SHAEV )<br>*Individually and on behalf of all others* )<br>*Similarly situated,* )<br>                      Plaintiffs, )<br>    )<br>   vs. )<br>    )<br>    )<br>ROBERT N. BONTEMPO; NICHOLAS )<br>P. CONSTANTAKIS; DAVID L. )<br>DENINNO; ROBERT H. FOGLESONG; )<br>MARK E. KAPLAN; PAMELA S. )<br>PIERCE; DAVID N. WORMLEY; )<br>MICHAEL BAKER CORPORATION, )<br>                      Defendants. ) | Civil Action No. 13-1392<br>Judge Joy Flowers Conti/<br>Magistrate Judge Maureen P. Kelly |

O R D E R

AND NOW, this 19th day of February, 2014, upon review of the Unopposed Motion for Preliminary Approval of the Proposed Class Action Settlement (ECF No. 14), the Memorandum of Law in Support (ECF No. 15), and the Declaration of Samuel J. Adams (ECF No. 16), it appears that Plaintiffs, without objection from Defendants, seek preliminary approval of the settlement of this putative class action.  In an effort to move the proceedings relative to the proposed settlement forward in a prompt and efficient manner, the Court requests that all parties consent to the jurisdiction of United States Magistrate Judge Kelly for purposes of administering and ruling on all matters related to the settlement. Counsel for Plaintiffs and Defendants are requested to file a consent with the Court on or before February 20, 2014.

                                                           /s/ Joy Flowers Conti
                                                           JOY FLOWERS CONTI
                                                           CHIEF UNITED STATES DISTRICT JUDGE

cc:      All Counsel of Record Via CM-ECF